| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:14-CR-178 |
| | § | |
| ISAAC IVAN HARTFIELD | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 18, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Evidence and Statement (#20) be DENIED.

The Court, having made a *de novo* review of Defendant's objections (#29), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motion to Suppress Evidence and Statement (#20) is **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of June, 2015.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE